EDWARD L. FARWELL *vs.* A. & ST. L. R. R. Co.

APPLETON, C. J. The facts in this case are the same as in *Estes* v. *The A. & St. L. R. R. Co.*, ante, except that the plaintiff was pasturing his cattle upon Estes' land. But in that case, his cattle would be rightfully upon the land of Estes and his right to have his case submitted to the judgment of a jury would be the same as that of Estes. *Exceptions sustained.*

WALTON, DICKERSON, BARROWS and VIRGIN, JJ., concurred.